| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>Matthew R. Gershman (SBN 253031)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Ste. 1900<br>Los Angeles, CA 90067<br>TEL NO.: 310-586-7700  FAX NO. (Optional): 310-586-7800<br>E-MAIL ADDRESS (Optional): gershmanm@gtlaw.com<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | | **EJ-001** |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. Dist. Ct. Cent. Dist. CA
STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS: 312 N. Spring St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: UNITED STATES COURTHOUSE, WESTERN DIVISION

PLAINTIFF: UL LLC
DEFENDANT: RIDER BEST, INC., et al.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   ☐ Amended

CASE NUMBER: 2:14-cv-04396-SJO-AJW

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      RIDER BEST, INC.
      448 S. LOS ANGELES ST., STE. 4
      LOS ANGELES, CA 90013
      ```

   b. Driver's license no. [last 4 digits] and state: n/a ☐ Unknown
   c. Social security no. [last 4 digits]: n/a ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Xue Ying Zheng, 1560 Pasqualito Drive, San Marino, CA 91108

2. ☒ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   UL LLC
   333 Pfingsten Road
   Northbrook, IL 60062

   Date: March 31, 2015
   Matthew R. Gershman
   (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(signature)*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $150,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 3/27/2015
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

   [SEAL]
   1149

   This abstract issued on (date):
   4-2-15

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

    Clerk, by _____, Deputy

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| | |
|---|---|
| PLAINTIFF: UL LLC | COURT CASE NO.: 2:14-cv-04396-SJO-AJW |
| DEFENDANT: RIDER BEST, INC., et al. | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

WEIJIAN WU
1615 Geranio Dr.
Alhambra, CA 91801

Driver's license no. [last 4 digits] and state:
CA -8977   ☐ Unknown

Social security no. [last 4 digits]:   ☒ Unknown

Summons was personally served at or mailed to *(address):*
1615 Geranio Drive
Alhambra, CA 91801

17. Name and last known address

ENPING CITY SHUANGYI ELECTRONICS
INDUSTRIAL COMPANY
325 NATIONAL ROAD
ENPING, JIANGMEN, GUANGDONG, CHINA

Driver's license no. [last 4 digits] and state:
n/a   ☐ Unknown

Social security no. [last 4 digits]: n/a   ☐ Unknown

Summons was personally served at or mailed to *(address):*
service of summons waived pursuant to F.R.C.P. 4

18. Name and last known address

XUE YING ZHENG, aka VIVIEN ZHENG
1560 Pasqualito Drive
San Marino, CA 91108

Driver's license no. [last 4 digits] and state:
   ☒ Unknown

Social security no. [last 4 digits]:   ☒ Unknown

Summons was personally served at or mailed to *(address):*
1560 Pasqualito Drive
San Marino, CA 91108

19. Name and last known address

Driver's license no. [last 4 digits] and state:
   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.


American LegalNet, Inc.
www.FormsWorkFlow.com